AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

The 2nd floor apartment located at 291 Althea Street, Providence, Rhode Island and further described as a multi-family dwelling, color white, with two front doors, and with the number 291 located on the right side of the dwelling above the door as one faces it.

**SEARCH WARRANT**

CASE NUMBER: 1:08-MJ-17M

TO: Any Postal Inspector of the U.S. Postal Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by Almindo Correia, U.S. Postal Inspector who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
The 2nd floor apartment located at 291 Althea Street, Providence, Rhode Island and further described as a multi-family dwelling, color white, with two front doors, and with the number 291 located on the right side of the dwelling above the door as one faces it.

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, the proceeds of drug trafficking, records containing names, addresses, and telephone numbers of purchasers and suppliers of controlled substances, records of amounts of money owed both to and by the drug seller, and records evidencing ownership and/or occupancy of those premises described herein.
I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before FEBRUARY 9, 2008
DZ4 → IN THE DAYTIME 6:00 AM TO 10 PM Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime - 6:00 A.M. to 10:00 P.M.)~~ (~~at any time in the day or night as I find reasonable cause has been established~~) DZ4, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to U. S. Magistrate Judge
U.S. Judge or Magistrate
as required by law.

```
This warrant maybe executed only if both conditions stated in
paragraph 9 of the affidavit are met.
```

1-31-08 4:00 PM at Providence, Rhode Island
Date and Time Issued City and State

David L. Martin, U.S. Magistrate Judge
Name and Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-31-08 | 2-1-08 10:00 AM | VICTOR PEREZ VILCHEZ |

INVENTORY MADE IN THE PRESENCE OF
POSTAL INSPECTOR A. CORREIA, RISP DETECTIVE T. SANZI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

$327 USC
PUERTO RICO DRIVER'S LICENSE (PEREZ)
3 LETTERS
1- MOTOROLA CELL PHONE

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Almundo Correia

Subcribed, sworn to, and returned before me this date.

David L Martin — 2-11-08
U.S. Judge or Magistrate — Date